# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
DLP Funding, LLC

Index No.: 514055/2025

Plaintiff,

**AFFIRMATION OF SERVICE**

-against-

HEYBURN LLC et al

Defendants.
------------------------------------------------------------------------X

JACOB WEINSTEIN, an attorney at law, duly authorized to practice in New York, affirms under penalty of perjury, the following:

I am not a party to the action, and am over 18 years of age. On April 28, 2025, I served the within Summons and Verified Complaint with Exhibit A and Notice of Commencement of Action Subject to Mandatory Electronic Filing via e-mail as per the Agreement contained within Exhibit A to each of the following listed defendants:

HEYBURN LLC, ARENSON COURT, LLC, 25 SANDY BLVD, LLC, OXFORD SQUARE, LLC, KUPIECO LLC, BUNGALOWS @ 142, LLC, OCKLEY GREEN LLC, BANKLAND, LLC, BROOKLYN YARD, LLC, BLANDENA LLC, SUMNER BROWNSTONES, BRIDGETON, LLC, WES MOORE, LLC, 35 VERMONT, LLC, IVANHOE PARTNERS, LLC, EAST POWELL, LLC, 20TH & DIVISION PARTNERS LLC, 42ND AVE, LLC, HUMBOLDT, LLC, LITTLE TACOMA CONSTRUCTION LLC, PERRIN CONSTRUCTION, LLC, 2ND & 3RD AVE. LLC, THE SHOPS AT BROOKLYN YARD, LLC, OREGON OPEN SPACE CONSERVANCY, U4IA LLC, HALL LANE LLC, RACHIS LLC, PARALLAX LLC, OFFICE ON MLK, LLC, PERRIN LLC, FIELD CREST, LLC, CALIFORNIA STREET PARTNERS LLC, P.M.P. L.L.C., FAIROAKS OREGON, LLC, CORINTHIAN BUILDING, LLC, ZYGOTE L.L.C., TRILLIUM SPRINGS L.L.C., 13 GERTZ LLC, EASTMAN PKWY, LLC, 904 MAIN LLC, FRANCIS STREET INVESTORS LLC, and PETER MICHAEL PERRIN,, at the listed email of perrinpeter2@gmail.com.

Dated: April 29,2025
Cedarhurst, New York

Attorney for Plaintiff

_____
JACOB Z. WEINSTEIN
420 Central Ave, Ste 301
Cedarhurst, NY 11516
TELEPHONE: (646) 450-3484
FACSIMILE: (646) 661-1772
E-MAIL: Jacob@weinsteinllp.com