UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DLP Funding, LLC

                    Plaintiff,

                                              **Civil Action No.:**
                                              **25-cv-02903-AMD-RML**

-against-

                                              **Affirmation in of Service**

Heyburn LLC et al.,

                    Defendants.
-------------------------------------------------------------------------X

      JACOB Z. WEINSTEIN, an attorney duly licensed to practice law before this Court, hereby affirms, under penalty of perjury, the following:

1. I am the attorney for DLP Funding, LLC, the Plaintiff in this action.

2. Defendants HEYBURN LLC, LITTLE TACOMA CONSTRUCTION LLC and PETER MICHAEL PERRIN are represented by attorney David Michael Kasell, as reflected on the Court's Docket.

3. Attorney David Michael Kasell is noticed as receiving electronic mail at the e-mail dkasellesq@gmail.com.

4. On June 27, 2025, Defendants' HEYBURN LLC, LITTLE TACOMA CONSTRUCTION LLC and PETER MICHAEL PERRIN Counsel, via ECF, received the request for the requested Certificate of Default, affirmation, and exhibits.

5. On July 9, 2025 I personally mailed via USPS Priority Mail to Attorney David Michael Kasell, the attorney of record for all defendants in this matter the requested Certificate of Default, affirmation, and exhibits to the listed address found on the Docket Sheet of:

                                              **David Michael Kasell**
                                              Kasell Law Firm
                                      1038 Jackson Avenue, #4
                                     Long Island City, NY 11101

6. On July 9, 2025, I mailed, via USPS Priority Mail the requested Certificate of Default, affirmation, and exhibits to the remaining Defendants: ARENSON COURT, LLC, 25 SANDY BLVD, LLC, OXFORD SQUARE, LLC, KUPIECO LLC, BUNGALOWS @ 142, LLC, OCKLEY GREEN LLC, BANKLAND, LLC, BROOKLYN YARD, LLC, BLANDENA LLC, SUMNER BROWNSTONES, BRIDGETON, LLC, WES MOORE, LLC, 35 VERMONT, LLC, IVANHOE PARTNERS, LLC, EAST POWELL, LLC, 20TH & DIVISION PARTNERS LLC, 42ND AVE, LLC, HUMBOLDT, LLC, PERRIN CONSTRUCTION, LLC, 2ND & 3RD AVE. LLC, THE SHOPS AT BROOKLYN YARD, LLC, OREGON OPEN SPACE CONSERVANCY, U4IA LLC, HALL LANE LLC, RACHIS LLC, PARALLAX LLC, OFFICE ON MLK, LLC, PERRIN LLC, FIELD CREST, LLC, CALIFORNIA STREET PARTNERS LLC, P.M.P. L.L.C., FAIROAKS OREGON, LLC, CORINTHIAN BUILDING, LLC, ZYGOTE L.L.C., TRILLIUM SPRINGS L.L.C., 13 GERTZ LLC, EASTMAN PKWY, LLC, 904 MAIN LLC, and FRANCIS STREET INVESTORS LLC all located at 305 Southeast 3rd Avenue STE 304 Portland OR 97214.

Dated: New York, NY
       July 9, 2025

THE LAW OFFICE OF
JACOB Z. WEINSTEIN, PLLC

*Jacob Z. Weinstein*
_____
JACOB Z. WEINSTEIN
*Attorney for Plaintiff*
545 Fifth Avenue, Suite 840
New York, NY 10017
646-450-3484