

November 4, 2025

**Via ECF**
Judge Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

        Re:   *DLP Funding, LLC, v. Heyburn LLC, et al.*,
              25-cv-02903-AMD-RML

Judge Donnelly,

      I represent Defendants Plaintiff DLP Funding, LLC in the above-mentioned matter. This letter is to update the Court regarding the anticipated arbitration. The Arbitrator granted a request to adjourn this hearing to December 2, 2025, agreeing to hear the case at 10:00 AM virtually. All parties and the Arbitrator will be available on that date, at that time.

                                             Sincerely,

                                             _____
                                             Jacob Z. Weinstein, Esq.
                                             Direct: 646-450-3484
                                             E-Mail: Jacob@WeinsteinLLP.com

cc : Defendants' Counsel via ECF