UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DLP FUNDING, LLC,

                              *Plaintiff*,

—against—

HEYBURN LLC, ARENSON COURT, LLC, 25 SANDY BLVD, LLC, OXFORD SQUARE, LLC, KUPIECO LLC, BUNGALOWS @ 142, LLC, OCKLEY GREEN LLC, BANKLAND, LLC, BROOKLYN YARD, LLC, BLANDENA LLC, SUMNER BROWNSTONES, BRIDGETON, LLC, WES MOORE, LLC, 35 VERMONT, LLC, IVANHOE PARTNERS, LLC, EAST POWELL, LLC, 20TH & DIVISION PARTNERS LLC, 42ND AVE, LLC, HUMBOLDT, LLC, LITTLE TACOMA CONSTRUCTION LLC, PERRIN CONSTRUCTION, LLC, 2ND & 3RD AVE. LLC, THE SHOPS AT BROOKLYN YARD, LLC, OREGON OPEN SPACE CONSERVANCY, U4IA LLC, HALL LANE LLC, RACHIS LLC, PARALLAX LLC, OFFICE ON MLK, LLC, PERRIN LLC, FIELD CREST, LLC, CALIFORNIA STREET PARTNERS LLC, P.M.P. L.L.C., FAIROAKS OREGON, LLC, CORINTHIAN BUILDING, LLC, ZYGOTE L.L.C., TRILLIUM SPRINGS L.L.C., 13 GERTZ LLC, EASTMAN PKWY, LLC, 904 MAIN LLC, FRANCIS STREET INVESTORS LLC, and PETER MICHAEL PERRIN,

                              *Defendants.*

25 Civ. 02903 (KAM) (SLT)

**Request for Trial De Novo pursuant to Local Civil Rule 83.7(f)**

      Defendants, by their counsel, David Kasell, respectfully submit this Request for Trial De Novo pursuant to Local Civil Rule 83.7(f), within thirty (30) days of the docket entry reflecting the filing of the Arbitration Award on December 3, 2025.

The Arbitration Award is confidential and non-binding, and pursuant to the Court's notice, Defendants do not attach or submit the Award with this filing. Defendants hereby respectfully demand that this action proceed in the normal course as though no arbitration had occurred.

Dated: January 2, 2026
       Long Island City, NY

/s/ *David Kasell*
David Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
(718) 404-6668
david@merchantcashdefense.com
*Attorney for Represented Defendants*