UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DLP FUNDING, LLC,

                *Plaintiff*,

25 Civ. 02903 (AMD)(RML)

-against-

HEYBURN LLC; ARENSON COURT, LLC; 25 SANDY BLVD, LLC; OXFORD SQUARE, LLC; KUPIECO LLC; BUNGALOWS@142, LLC; OCKLEY GREEN LLC; BANKLAND, LLC; BROOKLYN YARD, LLC; BLANDENA LLC; SUMNER BROWNSTONES; BRIDGETON, LLC; WES MOORE, LLC; 35 VERMONT, LLC; IVANHOE PARTNERS, LLC; EAST POWELL, LLC; 20TH & DIVISION PARTNERS LLC; 42ND AVE, LLC; HUMBOLDT, LLC; LITTLE TACOMA CONSTRUCTION LLC; PERRIN CONSTRUCTION, LLC; 2ND & 3RD AVE. LLC; THE SHOPS AT BROOKLYN YARD, LLC; OREGON OPEN SPACE CONSERVANCY; U4IA LLC; HALL LANE LLC; RACHIS LLC; PARALLAX LLC; OFFICE ON MLK, LLC; PERRIN LLC; FIELD CREST, LLC; CALIFORNIA STREET PARTNERS LLC; P.M.P. L.L.C.; FAIROAKS OREGON, LLC; CORINTHIAN BUILDING, LLC; ZYGOTE L.L.C.; TRILLIUM SPRINGS L.L.C.; 13 GERTZ LLC; EASTMAN PKWY, LLC; 904 MAIN LLC; FRANCIS STREET INVESTORS LLC; and PETER MICHAEL PERRIN,

                *Defendants.*     :
------------------------------------------------------X

### [Proposed] CONSENT JUDGMENT AND ORDER

    WHEREAS Plaintiff DLP Funding, LLC ("Plaintiff") commenced this action against multiple defendants, including Heyburn LLC and Peter Michael Perrin;

    WHEREAS Plaintiff, Heyburn LLC, and Peter Michael Perrin have agreed to resolve this action as between them by the entry of a consent judgment, without

Doc ID: 55c441c64153f49069aae8672c0093ff5d147408

admission of liability;

WHEREAS Plaintiff has agreed to dismiss all other defendants named in this action without prejudice;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is hereby entered in favor of Plaintiff DLP Funding, LLC and against Defendants Heyburn LLC and Peter Michael Perrin, jointly and severally, in the total amount of Ninety Thousand Six Hundred Eighty-Nine Dollars and Fifty Cents ($90,689.50).

2. The amount set forth above represents the full agreed-upon judgment amount between Plaintiff and Defendants Heyburn LLC and Peter Michael Perrin.

3. Plaintiff may execute upon this Judgment immediately in accordance with applicable federal and state law.

4. All claims against all other defendants named in this action, other than Heyburn LLC and Peter Michael Perrin, are hereby dismissed without prejudice, without costs or fees to any party.

SO ORDERED.

Dated: February 05, 2026

s/Ann M. Donnelly
_____
HON. ANN M. DONNELLY
United States District Judge
East District of New York

Doc ID: 55c441c64153f49069aae8672c0093ff5d147408